Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

LaCosta Steele
Petitioner
_____
*Your full name*

v.

FCI Hazelton Medical
Staff
_____

_____
*Enter above the full name of defendant(s) in this action*

**FEDERAL CIVIL RIGHTS COMPLAINT**
**(*BIVENS* ACTION)**

Civil Action No.: 3:23-cv-95 ~~3:23-cv-62~~

*(To be assigned by the Clerk of Court)*

Groh, Trumble, Sims

FILED

APR - 6 2023

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

## I. JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).** The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II. PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

    A.    Name of Plaintiff: LaCosta Steele   Inmate No.: 68341509
            Address: SFF-Hazelton  PO box 3000
            Bruceton Mills WV 26525

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

**Attachment A**

B. Name of Defendant: Mr Booch
Position: medical Director At SFF - Hazelton (SFF)
Place of Employment: Secure Female Facility - Hazelton
Address: PO box 3000 Bruceton mills WV 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?  ☑ Yes   ☐ No

If your answer is "YES," briefly explain: As Director, i spoke to him As Regards to my medication He responed to go Sick call

B.1 Name of Defendant: Mrs Resh
Position: Practioner
Place of Employment: Secure Female Facility - Hazelton (SFF)
Address: PO box 3000 Bruceton mills WV 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?  ☑ Yes   ☐ No

If your answer is "YES," briefly explain: i spoke to her About my seizure disorder and/or Schizophrenia disorder i have been diagnosed with seizure and Schizophrenia disorders since 2013

B.2 Name of Defendant: Mr Adams, MD
Position: Medical Doctor
Place of Employment: Secure Female Facility Hazelton (SFF)
Address: PO box 3000 Bruceton mills WV 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?  ☑ Yes   ☐ No

**Attachment A**

If your answer is "YES," briefly explain: I spoke to him about my diagnoses he said i wasn't seizure patient or schizophrenia patient Acording to his records to see psychology

B.3   Name of Defendant: _____
Position: _____
Place of Employment: _____
Address: _____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____

B.4   Name of Defendant: _____
Position: _____
Place of Employment: _____
Address: _____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____

**Attachment A**

B.5  Name of Defendant: _____
     Position: _____
     Place of Employment: _____
     Address: _____
     _____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____
_____
_____
_____

III. PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: SFF- Hazelton

A. Is this where the events concerning your complaint took place?
   ☑ Yes   ☐ No

   If you answered "NO," where did the events occur?
   _____

B. Is there a prisoner grievance procedure in the institution where the events occurred?   ☑ Yes   ☐ No

C. Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?
   ☑ Yes   ☐ No

D. If your answer is "NO," explain why not: _____
   _____
   _____

E. If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed

**Attachment A**

and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 _Petitioner mailed her entire Administ-_
LEVEL 2 _rative Process to this Honorable Court_
LEVEL 3 _And Received a Case Number & Bivins_
_Forms. See Filing - on Docket_

IV. PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

    A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?  ☐ Yes  ☒ No

    B.    If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

        1.    Parties to this previous lawsuit:

            Plaintiff(s):_____

            Defendant(s):_____

        2.    Court: _____
            *(If federal court, name the district; if state court, name the county)*

        3.    Case Number:_____

        4.    Basic Claim Made/Issues Raised: _____
_____
_____
_____

        5.    Name of Judge(s) to whom case was assigned:
_____

        6.    Disposition: _____
            *(For example, was the case dismissed? Appealed? Pending?)*

        7.    Approximate date of filing lawsuit:_____

**Attachment A**

      8.      Approximate date of disposition. Attach Copies:_____

C.      Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
      ☐ Yes      ☐ No

D.      If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.

_____
_____
_____
_____

E.      Did you exhaust available administrative remedies?
      ☐ Yes      ☐ No

F.      If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.

_____
_____
_____
_____
_____

G.      If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

      1.      Parties to previous lawsuit:

**Attachment A**

        Plaintiff(s): _____

        Defendant(s): _____

2.   Name and location of court and case number:

      _____
      _____
      _____

3.   Grounds for dismissal:   ☐ frivolous   ☐ malicious
     ☐ failure to state a claim upon which relief may be granted

4.   Approximate date of filing lawsuit: _____

5.   Approximate date of disposition: _____

## V.   STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights.* **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** *Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.* **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.** *(LR PL 3.4.4)*

CLAIM 1: _Deliberate Indifference_
_____
_____
_____
_____

Supporting Facts: _Petitioner Arrived At SFF Hazleton_

**Attachment A**

on medications they were tegretol as well as medication for schizophrenia. Petitioner suffers from Anger mood swings - Hearing voices, unable to sleep, Irritability. Believes she is being followed - Hears voices, Focus of conversation + Sees People.

CLAIM 2: Negligence

Medications were therapeutic in Blood. Without medications signs and symptoms started to reoccur

Supporting Facts: SFF Hazleton Continued Petitioner's Medication for 30 days and then discontinued said medications. Petitioner went to medication line requesting medications - told discontinued after numerous trips for refills.

CLAIM 3: Denied Prisoner's Right to Living in a therapeutic environment without Paranoia Mood Swings Irritability withdrawal. Nausea vomiting.

Supporting Facts: At no time did medical staff Request Petitioner's Psych/mental Health Records Instead they sent her to Psych who told her they could not order her medications Nor did they follow up with Direct care Such as Counseling Keeping Diary Reporting Paranoia

CLAIM 4: _____

Supporting Facts: _____

---

United States District Court        14        Northern District of West Virginia-2013

Attachment A

_____
_____
_____

CLAIM 5: _____
_____
_____
_____
_____

Supporting Facts: _____
_____
_____
_____
_____
_____

VI. <u>INJURY</u>

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

Petitioner Daily Suffers from mood Swings, Paranoia, Believes People Are talking About her. Hears Voices. Feels persecuted by those Around her. Fear, Anger, unable to Sleep.

VII. <u>RELIEF</u>

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

1) Request to be Placed on her medications for mood Swings Seizure And Psychophrenic
2) Request to be Followed by appropriate Laboratory Requirements
3) Meet with Psychology to help orient And talk with a practitioner
IE: Be Seen By the appropriate Practitioner for mental Health. Emotional Health for her over

United States District Court        15        Northern District of West Virginia-2013

All well Being

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at ___SFF-HAzelton___ on ___4-3-23___.
               (Location)              (Date)

_LaCoste Steele_
Your Signature