# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**LACOSTA STEELE,**

      Plaintiff,

**v.**     **CIVIL ACTION NO.: 3:23-CV-95 (GROH)**

**FCI HAZELTON MEDICAL STAFF,**
**MR. BOACH,**
**MRS. RESH, and**
**DR. ADAMS,**

      Defendants.

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On April 6, 2023, the *pro se* Plaintiff initiated the above-styled civil rights action pursuant to <u>Bivens v. Six Unknown Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). ECF No. 1. On June 5, 2023, the Clerk issued a Notice of Deficient Pleading, which instructed Plaintiff that this action would be dismissed within 30 days if Plaintiff failed to file (1) a Prisoner Trust Account Report signed by an authorized official from the institution where she is housed and (2) Ledger Sheets generated by the appropriate authority of that institution. ECF No. 7. Service of the Notice was accepted on June 8, 2023. ECF No. 8.

More than 60 days have elapsed since service was accepted for the Notice of Deficient Pleading. Plaintiff has failed to file (1) the PTAR on the Court-approved form and (2) Ledger Sheets, as directed.

Accordingly, it is **ORDERED** that 3:23-CV-95 is hereby **DISMISSED WITHOUT**

**PREJUDICE** for failure to prosecute and retired from the docket of this Court.

The Clerk is further **DIRECTED** to **TERMINATE** all pending motions, including Plaintiff's Motion for Leave to Proceed Without Prepayment of Fees [ECF No. 4].

The Clerk of the Court is **DIRECTED** to mail a copy of this Order to Plaintiff by certified mail, return receipt requested, to her last known address as reflected on the docket sheet, and to all counsel of record by electronic means.

**DATED**: October 2, 2023

_____
GINA M. GROH
UNITED STATES DISTRICT JUDGE